No. 00–10234. BROCK *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10235. WILLIAMS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 00–10236. FORD *v.* NEVADA PRISON DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10239. PLUMMER *v.* ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10240. ARRINGTON *v.* SAMFORD UNIVERSITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10245. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10251. JACKSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–10253. SANDOVAL *v.* CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10255. PAREDES-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10257. JOHNSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–10258. LOPEZ-RUIZ *v.* UNITED STATES; AGUIRRE-VARGAS *v.* UNITED STATES; ALCANTAR-MURILLO, AKA ALCANTAR-MORIO *v.* UNITED STATES (Reported below: 8 Fed. Appx. 704); ALEXANDER, AKA ALEXANDER-ORTIZ *v.* UNITED STATES (15 Fed. Appx. 404); CARRIZOSA-HERNANDEZ *v.* UNITED STATES (8 Fed. Appx. 712); CISNEROS-VALDEZ *v.* UNITED STATES (8 Fed. Appx. 710); CRUZ-ORTIZ, AKA ANTONIO-GARCIA, AKA CRUZ-ORTIZ *v.* UNITED STATES (7 Fed. Appx. 592); ESCOBAR-PEREZ *v.* UNITED STATES (8 Fed. Appx. 709); GARCIA *v.* UNITED STATES (8 Fed. Appx. 706); GUERRERO-ARIAS *v.* UNITED STATES; VILLA JIMENEZ *v.* UNITED STATES (8 Fed. Appx. 671); JUAREZ-TAFOYA *v.* UNITED STATES (7 Fed. Appx. 599); MAGANA-OJEDA *v.*

UNITED STATES (8 Fed. Appx. 701); MARTINEZ-HERNANDEZ, AKA CRUZ MARTINEZ *v.* UNITED STATES (8 Fed. Appx. 619); MEDINA-ARIAS, AKA PERES *v.* UNITED STATES (7 Fed. Appx. 670); MENDOZA-ESTRADA *v.* UNITED STATES; MENDOZA-SANDOVAL *v.* UNITED STATES (10 Fed. Appx. 443); MEZA-CASILLAS *v.* UNITED STATES (15 Fed. Appx. 408); MORENO-GALINDO *v.* UNITED STATES (7 Fed. Appx. 594); MUNOZ-HERNANDEZ *v.* UNITED STATES (6 Fed. Appx. 639); MURILLO-CONTRERAS *v.* UNITED STATES (8 Fed. Appx. 712); OBREGON-SEGURA *v.* UNITED STATES (7 Fed. Appx. 674); PALACIOS-LIZARRAGA *v.* UNITED STATES (8 Fed. Appx. 704); PEREZ-ESPINO, AKA ESPINO PEREZ *v.* UNITED STATES (5 Fed. Appx. 660); PORRAS-RODRIGUEZ, AKA PORRAS *v.* UNITED STATES (8 Fed. Appx. 702); PULIDO-NORIEGA *v.* UNITED STATES (8 Fed. Appx. 708); QUINONES-GARCIA *v.* UNITED STATES (7 Fed. Appx. 593); RAMIREZ-MEJIA *v.* UNITED STATES (6 Fed. Appx. 596); RIOS-ESCOBAR *v.* UNITED STATES; RIVAS-AYALA *v.* UNITED STATES (8 Fed. Appx. 703); RODRIGUEZ-LLAMAS *v.* UNITED STATES (8 Fed. Appx. 713); SAAVEDRA-MARTINEZ *v.* UNITED STATES (8 Fed. Appx. 716); SALGADO-PITA *v.* UNITED STATES (8 Fed. Appx. 707); SANCHEZ-RODRIGUEZ, AKA SANCHEZ-MATA *v.* UNITED STATES (8 Fed. Appx. 701); SANDOVAL-SANCHEZ, AKA DIAZ-SANCHEZ *v.* UNITED STATES; TELLEZ-VIERA *v.* UNITED STATES; TORRES TONTLE *v.* UNITED STATES; VALENCIA-GONZALEZ *v.* UNITED STATES (8 Fed. Appx. 716); VERGEL-GARCIA, AKA BERTEL GARCIA *v.* UNITED STATES (8 Fed. Appx. 705); VILLEGAS-LARA *v.* UNITED STATES (11 Fed. Appx. 898); YEDRA *v.* UNITED STATES (5 Fed. Appx. 706); ZAMORA-RIVERA *v.* UNITED STATES (8 Fed. Appx. 715); ZAMUDIO-OROZCO *v.* UNITED STATES (17 Fed. Appx. 509); SANCHEZ-SANCHEZ *v.* UNITED STATES (242 F. 3d 385); and VASQUEZ-DEL REAL *v.* UNITED STATES (242 F. 3d 384). C. A. 9th Cir. Certiorari denied.

No. 00–10259. KRAUSE *v.* NEMENZ ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–10261. LAWS *v.* RATELLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10262. BRASWELL *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.